1
2
3
4
5
6
7
8       UNITED STATES DISTRICT COURT
        WESTERN DISTRICT OF WASHINGTON
                  AT SEATTLE
9
10   ALAN MILLS,                          CASE NO. C25-0742JLR
11                  Plaintiff,            ORDER
             v.
12
     LAUREL D. CRONK MONLUX,
13
                    Defendant.
14

15      Before the court is Defendant Laurel D. Cronk Monlux's motion for relief from

16   the June 27, 2025 deadline to file her response to *pro se* Plaintiff Alan Mills's motions to

17   strike "improper responses" in Ms. Monlux's answer and to strike Ms. Monlux's

18   affirmative defenses.  (Mot. for Relief (Dkt. # 14); *see* Mot. to Strike Responses (Dkt.

19   # 11); Mot. to Strike Defenses (Dkt. # 12).)  Counsel for Ms. Monlux points to the notice

20   of unavailability she filed on May 9, 2025, in which she requested that no action be noted

21   in this case between May 26, 2025, and June 20, 2025, because she was out of the office

22   and unavailable due to her wedding and honeymoon.  (*See* Not. of Unavailability (Dkt.

ORDER - 1

1 # 8); Murphy Decl. (Dkt. # 15) ¶¶ 2-4.)  Mr. Mills filed his motions to strike on June 12, 2025, within the 21-day period for a plaintiff to respond to a defendant's answer and during counsel's period of unavailability.  *See* Fed. R. Civ. P. 12(a)(1)(B); (*see* Answer (Dkt. # 9) (filed May 23, 2025)).  Ms. Monlux's counsel asks the court to extend her deadline to respond to Mr. Mills's motions by 11 days to July 8, 2025, and represents that Mr. Mills declined to stipulate to that extension.  (*See* Mot. for Relief at 1-2.)

Mr. Mills filed a timely response to Ms. Monlux's motion in accordance with the court's order setting an expedited briefing schedule.  (Resp. (Dkt. # 17); *see* Min. Order (Dkt. # 16).)  Mr. Mills opposes Ms. Monlux's request for an 11-day extension of the deadline for Ms. Monlux to respond to his motions to strike.  (*See generally* Resp.)  He argues that Ms. Monlux has failed to show good cause justifying an extension of the deadline to file a response because (1) his motions are noted for July 3, 2025, which is after Ms. Monlux's attorney's period of availability; (2) Ms. Monlux's attorney should have known that Mr. Mills's response to Ms. Monlux's answer would be due by June 13, 2025, and should have arranged for coverage while she was out of the office; (3) Ms. Monlux's attorney had ample time after her return to the office on June 16, 2025, to prepare responses to Mr. Mills's motions to strike; and (4) Ms. Monlux's attorney should have moved for an extension on June 18, 2025, after she learned that Mr. Mills would oppose a request for an extension, rather than wait until June 23 to file her motion.  (*See id.* at 3-6.)

The court finds that Mr. Mills's objections to Ms. Monlux's motion are well-taken and therefore grants in part and denies in part Ms. Monlux's motion to extend the

deadline to respond to the motion. This District's Local Civil Rules provide that "[a] motion for relief from a deadline should, whenever possible, be filed sufficiently in advance of the deadline to allow the court to rule on the motion prior to the deadline." Local Rules W.D. Wash. LCR 7(j). The court agrees with Mr. Mills that Ms. Monlux's attorney should have been aware of the possibility that Mr. Mills might file a motion in response to Ms. Monlux's answer and should have arranged to have another attorney in her firm promptly file the motion for relief. At minimum, Ms. Monlux's attorney could have filed the motion for relief from a deadline shortly after her return to the office on June 16, 2025, rather than wait until June 23, 2025, just days before the response deadline.

Therefore, for the foregoing reasons, the court GRANTS in part and DENIES in part Ms. Monlux's motion for relief from a deadline (Dkt. # 14). Ms. Monlux shall file her responses to Mr. Mills's pending motions by no later than **Thursday, July 3, 2025**, rather than on Tuesday, July 8. Mr. Mills shall file his replies by no later than **Thursday, July 10, 2025**. The Clerk is DIRECTED to renote Mr. Mills's motions to strike (Dkt. ## 11-12) for July 10, 2025.

Dated this 26th day of June, 2025.

JAMES L. ROBART
United States District Judge

ORDER - 3