|   |   |   |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| ALAN MILLS, | CASE NO. C25-0742JLR |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| LAUREL D. CRONK MONLUX, | |
| Defendant. | |

On August 18, 2025, the court ordered the parties to "meet and confer . . . for the purpose of developing a stipulated motion for a protective order that will protect against the misuse or disclosure of confidential identifying information regarding nonparty minor witnesses" and to file their stipulated motion for a protective order by no later than September 18, 2025. (8/18/25 Order (Dkt. # 30).) Rather than file a stipulated motion, however, the parties filed a statement in which they represented that they were unable to agree on the terms of a protective order that would satisfy the court's directive. (Statement (Dkt. # 52).) Each party also filed its own proposed protective order and

1 asserted that its proposed order is based on and conforms to this District's model
2 protective order.  (*See id.* at 8, 13, 15 (Mills); *id.* at 22 (Monlux); Mills Prop. Order (Dkt.
3 # 53); Monlux Prop. Order (Dkt. # 54).)

4     On September 19, 2025, the court ordered the parties each to file, by no later than
5 September 24, 2025, a redlined version of its proposed protective order that identifies
6 how it departs from from the District's model order.  (9/19/25 Order (Dkt. # 56) (quoting
7 Local Rules W.D. Wash. LCR 26(c)(2) ("Parties that wish to depart from the model order
8 must provide the court with a redlined version identifying departures from the model.")).)
9 Defendant Laurel D. Cronk Monlux timely filed her redlined proposed order on
10 September 19, 2025.  (Monlux Redline (Dkt. # 57).)  Although the September 24
11 deadline has expired, Plaintiff Alan Mills still has not filed a redlined version of his
12 proposed order.  (*See generally* Dkt.)

13     Therefore, the court ORDERS Mr. Mills to file a redlined version of his proposed
14 protective order by no later than **noon on October 2, 2025**, along with an explanation for
15 his failure to comply with the September 19, 2025 order.  If Mr. Mills fails to file his
16 redlined proposed order and explanation by October 2, 2025, the court will construe this
17 failure as a waiver of Mr. Mills's opposition to Ms. Monlux's proposed protective order.
18 //
19 //
20 //
21 //
22 //

ORDER - 2

1   The Clerk is DIRECTED to renote the parties' purported stipulated motion for a
2   protective order (Dkt. # 52) for October 2, 2025.
3       Dated this 29th day of September, 2025.

                                                JAMES L. ROBART
                                                United States District Judge