UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALAN MILLS,<br><br>            Plaintiff,<br><br>    v.<br><br>LAUREL D. CRONK MONLUX,<br><br>            Defendant. | CASE NO. C25-0742JLR<br><br>ORDER |

Before the court is *pro se* Plaintiff Alan Mills's motion to compel non-party Seattle Public Schools ("SPS") to comply with a subpoena *duces tecum* that he served on SPS on August 20, 2025. (Mot. (Dkt. # 47); Reply (Dkt. # 65); *see* SPS Subpoena (Dkt. # 40-1).) SPS opposes the motion. (Resp. (Dkt. # 61).)

The court ORDERS Mr. Mills and SPS to meet and confer with the purpose of coming to agreement on the reasonable scope of Mr. Mills's requests for production of documents and SPS's objections thereto. The court ORDERS Mr. Mills and SPS to be

ORDER - 1

mindful during their meet-and-confer session of Federal Rule of Civil Procedure 26(b)(1), which provides:

> Parties may obtain discovery regarding any nonprivileged matter that is *relevant to any party's claim or defense and proportional to the needs of the case*, considering the importance of the issues at stake in the action, the amount in controversy, the parties' relative access to relevant information, the parties' resources, the importance of the discovery in resolving the issues, and whether the burden or expense of the proposed discovery outweighs its likely benefit.

Fed. R. Civ. P. 26(b)(1) (emphasis added). Mr. Mills and SPS are further ORDERED to file, by no later than **December 5, 2025**, a joint statement regarding (1) the specific requests for production for which Mr. Mills and SPS have come to an agreement regarding scope; and (2) the specific requests for production that remain in dispute. Where the scope of a request for production remains in dispute, the joint statement shall address the relevance and proportionality of the request in accordance with Rule 26(b)(1). The Clerk is DIRECTED to renote Mr. Mills's motion to compel (Dkt. # 47) for December 5, 2025.

Dated this 13th day of November, 2025.

JAMES L. ROBART
United States District Judge

ORDER - 2