UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALAN MILLS, | CASE NO. C25-0742JLR |
| Plaintiff, | MINUTE ORDER |
| v. | |
| LAUREL D. CRONK MONLUX, | |
| Defendant. | |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

Before the court are Plaintiff Alan Mills's motions to compel filed against non-parties Seattle Public Schools ("SPS") and Metro League.  (SPS Mot. (Dkt. # 47); Metro League Mot. (Dkt. # 69).)  On November 13, 2025, the court ordered Mr. Mills and the non-parties to meet and confer "with the purpose of coming to agreement on the reasonable scope of Mr. Mills's requests for production of documents and [the non-parties'] objections thereto."  (SPS Order (Dkt. # 82) at 1; Metro League Order (Dkt.

MINUTE ORDER - 1

# 83) at 1.)  The court further ordered Mr. Mills and the non-parties to file, by no later than December 5, 2025, joint statements regarding:

> (1) the specific requests for production for which Mr. Mills and [the non-parties] have come to an agreement regarding scope; and (2) the specific requests for production that remain in dispute.  Where the scope of a request for production remains in dispute, the joint statement shall address the relevance and proportionality of the request in accordance with Rule 26(b)(1).

(SPS Order at 2; Metro League Order at 2.)  The materials SPS and Metro League filed on December 5, 2025, reveal that Mr. Mills and the non-parties were unable to reach agreement on most of Mr. Mills's requests for production.  (*See, e.g.*, Draft SPS Statement (Dkt. # 86-6); Metro League Statement (Dkt. # 85).)

Therefore, the court ORDERS that Mr. Mills and counsel for non-parties SPS and Metro League shall appear at a hearing regarding the motions to compel (Dkt. ## 47, 69) on **December 17, 2025, at 2:00 p.m.**, in Courtroom 14A at the United States Courthouse, 700 Stewart Street, Seattle, Washington, 98101.

Filed and entered this 8th day of December, 2025.

    RAVI SUBRAMANIAN
    Clerk of Court

    s/ Ashleigh Drecktrah
    Deputy Clerk