UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALAN MILLS, | CASE NO. C25-0742JLR |
| Plaintiff, | ORDER |
| v. | |
| LAUREL D. CRONK MONLUX, | |
| Defendant. | |

Before the court is *pro se* Plaintiff Alan Mills's motion for leave to file a late response to Defendant Laurel D. Cronk Monlux's motion for summary judgment. (Mot. for Leave (Dkt. # 106).) Mr. Mills states that he mistakenly calculated the deadline for filing his response using an outdated version of this District's Local Civil Rules. (*Id.* at 2.) He filed his response on Sunday, March 22, 2026, when he realized that the correct deadline was Friday, March 20, 2026. (*Id.*); *see* Local Rules W.D. Wash. LCR 7(d)(4) (requiring the nonmoving party to respond to a motion for summary judgment within 21 days after the motion's filing date).

ORDER - 1

Under Federal Rule of Civil Procedure 6(b)(1)(B), the court may, for good cause, extend a deadline that has already expired "if the party failed to act because of excusable neglect." Fed. R. Civ. P. 6(b)(1)(B). The court concludes, based on Mr. Mills's *pro se* status and prompt action in remedying his error, that Mr. Mills' late filing was the result of excusable neglect. Therefore, the court GRANTS Mr. Mills's motion (Dkt. # 106) and accepts his late-filed response.[1] To avoid prejudicing Ms. Monlux, the court EXTENDS her deadline to file her reply to **March 30, 2026**. The Clerk is DIRECTED to renote Ms. Monlux's motion for summary judgment (Dkt. # 99) for March 30, 2026.

Dated this 23rd day of March, 2026.

JAMES L. ROBART
United States District Judge

---

[1] The court will not be as forgiving if Mr. Mills again miscalculates a deadline based on the outdated Local Civil Rules. The current version of the Local Civil Rules is available on this District's website at https://www.wawd.uscourts.gov/local-rules-and-orders.

ORDER - 2