UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALAN MILLS, | CASE NO. C25-0742JLR |
| Plaintiff, | ORDER |
| v. | |
| LAUREL D. CRONK MONLUX, | |
| Defendant. | |

Before the court is *pro se* Plaintiff Alan Mills's surreply to Defendant Laurel D. Cronk Monlux's motion for summary judgment.  (Surreply (Dkt. # 111); MSJ (Dkt. # 99).)  Mr. Mills moves the court "to strike, or decline to consider" eight purportedly new arguments and 13 purportedly improper assertions that Ms. Monlux made in her reply in support of her motion for summary judgment.  (*See generally* Surreply; *see* Reply (Dkt. # 109).)

The court ORDERS Ms. Monlux to respond, by no later than **April 15, 2026**, to Mr. Mills's request to strike or decline to consider the arguments and assertions he

ORDER - 1

identifies in his surreply.  Ms. Monlux's response shall be limited to 1,050 words.  The Clerk is DIRECTED to renote Ms. Monlux's motion for summary judgment (Dkt. # 99) for April 15, 2026.

Dated this 7th day of April, 2026.

JAMES L. ROBART
United States District Judge

ORDER - 2